[No. 17769.  Department One.  March 8, 1923.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK A. JOHNSON, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Tallman, J., entered June 3, 1922, upon a trial and conviction of rape. Reversed.

*H. S. Frye*, for appellant.

*Malcolm Douglas* and *Bert C. Ross*, for respondent.

PER CURIAM.—The defendant was charged with the crime of having carnal knowledge of a female child under the age of eighteen years. He has appealed from the judgment based upon a verdict of the jury finding him guilty as charged.

It could not possibly serve any useful purpose for us to make a recitation of the facts. Suffice it to say that a very careful consideration of the record convinces us that the trial court should have granted appellant's motion for a new trial.

The judgment is reversed, and the cause remanded for a new trial.

---

[No. 16974.  *En Banc.*  April 6, 1923.]

LUCY BARTON, *Appellant*, v. VITO TOMBARI *et al., Respondents.*[2]

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered May 24, 1921, upon findings in favor of the defendants, in an action for rescission, tried to the court. Modified.

*Lucius G. Nash* and *Harry Rosenhaupt*, for appellant.

*Fred S. Duggan*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the Departmental opinion heretofore filed, as reported in 120 Wash. 331, 207 Pac. 239, and for the reasons there stated, the decree appealed from is modified as there indicated.

HOLCOMB, J. (dissenting)—For the reasons stated in my dissent to the preceding opinion in 120 Wash. 331, I dissent.

[1]Reported in 213 Pac. 1119.
[2]Reported in 214 Pac. 170.